## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-CR-14009–CANNON/MAYNARD

**UNITED STATES OF AMERICA,**

**v.**

**FEDERICO NICOLAS LORENZO,**

**Defendant.**

_____/

### STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

I, FEDERICO NICOLAS LORENZO (hereinafter "Defendant"), state that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to the sole count of the Indictment in this case, which charges me with knowingly and unlawfully being found in the United States after having been previously deported and removed from the United States, without the express consent of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1). I am pleading guilty because I am in fact guilty of this charge.

### NATURE OF CHARGE TO WHICH I AM PLEADING GUILTY

I am aware of and understand the nature of the charge to which I am pleading guilty because I have discussed the charge and what the prosecutor must prove to convict me with my attorney.

I understand that the United States must prove the following facts or elements of the offense beyond a reasonable doubt:

1.  That I was an alien at the time stated in the Indictment;

2.  That I was deported or removed from the United States;

3.  That after having been deported or removed from the United States, I was found to be voluntarily back in the United States; and

4.  That I did not have the consent of the Attorney General or the Secretary of Homeland Security of the United States to apply for readmission to the United States.

I further understand that an "alien" is a person who is not a natural-born or naturalized citizen, or a national of the United States.

**STIPULATED FACTS**

5.      I am a native and citizen of Guatemala.  I am not a natural-born or naturalized citizen, or a national of the United States.

6.      I was ordered removed from the United States by immigration officials, and removed from the United States on or about September 17, 2008.   When I was removed from the United States, on or about September 17, 2008, I was advised that I was prohibited from entering, attempting to enter, or being in the United States for a period of 5 years from the date of removal; and warned that it is a crime for an alien who has been removed from the United States to enter or be found in the United States without the Secretary of Homeland Security's express consent.

7.      Thereafter, I illegally and voluntarily re-entered the United States.  I was again removed from the United States by immigration officials on or about May 18, 2018.   When I was removed from the United States, on or about May 18, 2018, I was advised that I was prohibited from entering, attempting to enter, or being in the United States for a period of 20 years from the date of removal; and warned that it is a crime for an alien who has been removed from the United States to enter or be found in the United States without the Secretary of Homeland Security's express consent.

8.      Thereafter, I illegally and voluntarily re-entered the United States.  I was again removed from the United States by immigration officials and sent back to Guatemala on or about July 18, 2018.   When I was removed from the United States, on or about July 18, 2018, I was advised that I was prohibited from entering, attempting to enter, or being in the United States for a period of 20 years from the date of removal; and warned that it is a crime for an alien who has been removed from the United States to enter or be found in the United States without the Secretary of Homeland Security's express consent.

9.      After my removal in 2008, and prior to my removals in 2018, I was convicted in the Southern District of Florida of violating Title 8, United States Code, Section 1326(a).

10.    On or about January 16, 2023, I was found in Martin County, Florida.   I have never received consent from the Attorney General or the Secretary of Homeland Security for the United States to come back into the United States.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 5/26/23

_____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

Date: 5/26/23

_____
KAFAHNI NKRUMAH
ATTORNEY FOR DEFENDANT

Date: 5/26/23

_____
FEDERICO NICOLAS LORENZO
DEFENDANT

Date: 05.22.2023

_____

3